**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MAY 04 2009

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

LENNIL L. JOHNSON                           )
                                             )  Docket No. 09-336-DRH
_____              )  (To be supplied by the Clerk)
                                             )
_____              )
         Plaintiff/Petitioner(s),            )   CIVIL RIGHTS COMPLAINT
                                             ) ☒ pursuant to 42 U.S.C. §1983
                                             )   (State Prisoner)
         -vs-                                )
                                             )   CIVIL RIGHTS COMPLAINT
SHERIFF MEARL JUSTUS ET. AL.                 ) ☐ pursuant to 28 U.S.C. §1331
                                             )   (Federal Prisoner)
MAJOR PHILLIP MCLAURINS,                     )
                                             )
CAPTAIN MATT SCOTT, DR. CHARLES-             )   CIVIL COMPLAINT
                                             ) ☐ pursuant to the Federal Tort Claims
-AMPUDU, SUPERVISOR BERYL SHEGOG             )   Act, 28 U.S.C. §1346, 2671-2680
         Defendant/Respondent(s).            )

1. **JURISDICTION**

   A. Plaintiff's mailing address and/or register number and present place of confinement.
      LENNIL L. JOHNSON SD# 27824, ST. CLAIR COUNTY
      SHERIFFS DEPT. JAIL DIV. 700 N. 5th St. Belleville IL. 62220

   B. Defendant _____HEARL J. JUSTUS_____ is employed as
                    (Name of First Defendant)
      "SHERIFF"
                    (Position/Title)
      with ____ST. CLAIR COUNTY SHERIFFS DEPARTMENT____
                    (Employer's Name and Address)
      700 N. 5th Street Belleville Illinois, 62220

   At the time the claim(s) alleged in this complaint arose, was the defendant employed by the state, local or federal government?
                                             Yes (X)        No ( )
   If your answer is "yes", briefly explain:
   ACTING UNDER color of STATE LAW, DEFENDANT MEARL
   - JUSTUS. STATE EMPLOYEE ST. CLAIR Co. SHERIFFS DEPARTMENT.

Rev. 2/00

C.   Defendant __PHILLIP MCLAURINS__ is employed as
     (Name of Second Defendant)
     __MAJOR / SUPERINTENDANT__
     (Position/Title)
     with __ST. CLAIR COUNTY SHERIFFS DEPARTMENT__
     (Employer's Name and Address)
     __700 N. 5TH STREET, BELLEVILLE ILLINOIS 62220__

At the time the claim(s) alleged in this complaint arose, was the defendant employed by the state, local or federal government?

   Yes (X)        No ( )

If your answer is "yes", briefly explain:
ACTING UNDER COLOR OF STATE LAW DEFENDANT MAJOR PHILLIP MCLAURINS, STATE EMPLOYEE, ST. CLAIR COUNTY SHERIFFS DEPT.

D.   Using the outline of the form provided, include the above information for any additional defendant(s).
① DEFENDANT MATT SCOTT IS EMPLOYED AS CAPTAIN WITH - ST. CLAIR COUNTY SHERIFFS DEPT. 700 N. 5TH ST BELLEVILLE ILLINOIS 62220 ACTING UNDER COLOR OF STATE LAW DEF CAPT. MATT SCOTT EMPLOYED BY SHERIFFS DEPT. ② DEFENDANT CHARLES AMPADU IS EMPLOYED BY ST. CLAIR COUNTY SHERIFF DEPT AS A MEDICAL PHYSICAN WITH CONTRACT WEXFORD HEALTH SOURCES. ACTING UNDER COLOR OF STATE LAW, DEF. AMPADU, STATE EMPLOYEE. DEFENDANT BERYL SHEGOG IS EMPLOYED AS INMATE FOOD SUPERVISOR WITH ST. -CLAIR CO. SHERIFFS DEPT. STATE EMPLOYEE ACTING UNDER COLOR OF STATE LAW, DEFENDANT - -BERYL SHEGOG, STATE EMPLOYEE, ST. CLAIR CO. SHERIFFS DEPARTMENT.

II.   **PREVIOUS LAWSUITS**

A.   Have you begun any other lawsuits in state or federal court relating to your imprisonment?

   Yes (X)        No ( )

B.   If your answer to "A" is "yes", describe the lawsuit(s) in the space below. (If there is more than one (1) lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.)  **Failure to comply with this provision may result in summary denial of your complaint.**
- SEE ATTACHMENTS -

1. Parties to previous lawsuits:
   Plaintiff(s) _- SEE ATTACHMENTS -_

   Defendant(s) _- SEE ATTACHMENTS -_

2. Court (if Federal Court, name the District; if State Court, name the County)

3. Docket number _- SEE ATTACHMENTS -_

4. Name of Judge to whom case was assigned _N/A_

5. Type of case (for example: Was it a Habeas Corpus or Civil Rights action?)

6. Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?)
   _- SEE ATTACHMENTS -_

7. Approximate date of filing lawsuit _- SEE ATTACHMENTS -_

8. Approximate date of disposition _- SEE ATTACHMENTS -_

### III. GRIEVANCE PROCEDURE

A. Is there a prisoner grievance procedure in the institution? _YES_

B. Did you present the facts relating to your complaint in the prisoner grievance procedure?
   Yes (X) No ( )

C. If your answer is "yes",
   1. What steps did you take? _PLAINTIFF/PETITIONER FILED NUMEROUS TIMELY COMPLAINT/REQUESTS GRIEVANCES, MEDICAL SICK CALL FORMS, TO DEF: JUSTUS, SCOTT, McLAURIN, AMPUDU, SHEGOG_

   2. What was the result? _DEFENDANTS, JUSTUS, McLAURIN, SCOTT, AMPUDU-SHEGOG, DELIBERATELY REFUSED TO ANSWER COMPLAINTS. CHIEF JUDGE BARCEVIC REFUSED TO ANSWER COMPLAINTS (SEE ATTACHMENTS)_

D. If your answer is "no", explain why not. _N/A_

E. If there is no prisoner grievance procedure in the institution, did you complaint to prison authorities? Yes ( )   No (X)

F. If your answer is "yes",
1. What steps did you take? N/A
2. What was the result? N/A

G. If your answer is "no", explain why not. FILED TIMELY REQUEST/COMPLAINT FORMS, -MEDICAL SICK CALL FORMS, TO DEFENDANTS: JUSTUS, MCLAURINS, SCOTT, AMPUDU SHEGOG, CHIEF CIRCUIT JUDGE BARBOVIC, Religion RELIGIOUS DIET EMERGENCY- -MEDICAL/DENTAL. LEGAL LIBRARY MATERIALS. Legal ACCESS TO COURTS, UNSANITARY- -CONDITIONS, ETC.

H. Attach copies of your request for an administrative remedy and the response(s) you received. If you cannot do so, explain why not:
(SEE ATTACHMENTS SUBMITTED WITH THIS COMPLAINT)

IV. **STATEMENT OF CLAIM**

State here, as briefly as possible, the FACTS of your case. State who, what, when, where and how you feel your constitutional rights were violated. Do not cite cases or statutes. If you choose to submit legal arguments or citations, you must do so in a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits.

Only two (2) extra pages (8½ x 11") are permitted, if necessary, to complete your statement of claim. Additionally, attach any relevant, supporting documentation.

1. THE PLAINTIFF/PETITIONER LENNIL L. JOHNSON, HEREIN AFTER- -(PLAINTIFF/PETITIONER), AT ALL TIMES IN RELATIONS TO THIS COMPLAINT- -IS "UNDER IMMINENT DANGER OF SERIOUS PHYSICAL INJURY", DETAINED- -IN THE CUSTODY AND CONTROL OF THE DEFENDANT(S)/RESPONDENT(S): HEARL JUSTUS, PHILLIP MCLAURINS, MATT SCOTT, CHARLES AMPUDU, - BERYL SHEGOG, HEREIN AFTER (DEFENDANT(S)/RESPONDENT(S)) in- -CONJUNCTION: WEXFORD HEALTH SOURCES CONTRACTOR, ARAMARK FOOD SERVICES CONTRACTOR, ST. CLAIR COUNTY SHERIFFS DEPT. JAIL DIVISION- HEREIN AFTER (S.C.C.J),

2. ON OR ABOUT TUESDAY 03.24.09 THE PLAINTIFF/PETITIONER JOHNSON UPON BEING- -COMMITTED TO S.C.C.J. AWAITING FINAL DISPOSITION OF A CRIMINAL FELONY COMPLAINT -CHARGE. THE PLAINTIFF/PETITIONER JOHNSON, WAS IN FACT PLACED AND CONFINED-

- IN AN INHUMANE, UNSAFE, UNSANITARY (1) ONE of (2) TWO MEN'S "HOLD-
- OVER" ROOMS, COMMONLY KNOWN AS THE "DRUNK-TANK" A. AND "DRUNK-TANK" B,
30' X 20' IN DIAMETER, EQUIPPED WITH (1) ONE SINK, (1) ONE TOILET, NO SHOWER, NO
DRINKING CUPS, SOAP, TOILET PAPER, NO ADEQUATE VENTILATION, INFESTED WITH BODY
PESTS AND RODENTS. THAT UNHABITABLY HOUSES 35-50 MALE DETAINEES WITH
VARIOUS TYPES OF PRISONERS, STATE FELONS, STATE MISD, FEDERAL VIOLATORS, SENTENCED
- AND PRE-TRIAL FUGITIVES. WHO HAVE NOT BEEN SCREENED OR EXAMINED UPON THEIR
PLACEMENT IN S.C.C.J. BY MEDICAL PHYSICIANS FOR LICE, RINGWORM, STAPH, OR
BODY PESTS. DEFENDANT(S) JUSTUS, MCLAURIN, SCOTT, AMPUDU, HAVE KNOWLEDGE
OF DELIBERATE INDIFFERENCE TO PLAINTIFF/PETITIONER JOHNSON MEDICAL NEEDS OF
BEING FREE OF TINEA CORPRIS · COMMONLY KNOWN AS "RING WORM" BY CONTINUALLY -
INSTITUTING A POLICY OF INDIFFERENCE IN WHICH ALL DETAINEES ADMITTED TO S.C.C.J.
GENERAL POPULATION WILL RECIEVE A MEDICAL SCREENING EXAMINATION WITHIN -
FOURTEEN DAYS OF CLASSIFICATION. RATHER INSTITUTING A POLICY OF MEDICAL SCREENING,
- DETAINEES 24-48 HOURS UPON BEING ADMITTED TO S.C.C.J. AND GENERAL POPULATION, -
- TO ENSURE INFECTIONS, DISEASES, FUNGUS, ARE NOT BEING SPREADED AMONGST DETAINEES -
- AND STAFF HEREIN S.C.C.J.

3. ON OR ABOUT WEDNESDAY 03.25.09 TO SATURDAY 03.28.09 THE PLAINTIFF/PETITIONER
WAS IN FACT DETAINED AND HOUSED IN S.C.C.J. BLOCK J. GENERAL POPULATION
BY THE DEFENDANT(S) JUSTUS, MCLAURIN, SCOTT, AMPUDU. AT NO TIME WAS THE -
PETITIONER/PLAINTIFF JOHNSON MEDICALLY SCREENED BY WEXFORD HEALTH SOURCES
CONTRACTED MEDICAL STAFF.

4. ON OR ABOUT TUESDAY 03.24.09 TO SATURDAY 03.28.09, THE PLAINTIFF/PETITIONER
SUBMITTED NUMEROUS MEDICAL INMATE SICK-CALL FORMS, AND S.C.C.J. REQUEST/COMPLAINT-
- FORMS TO THE DEFENDANT(S) JUSTUS, MCLAURIN, SCOTT, AMPUDU, REQUESTING TO BE
MEDICALLY EXAMINED BY A LICENSED MEDICAL PHYSICIAN, IN MEDICAL REGARDS TO
"RED" SORES ON CHEST OF THE PLAINTIFF/PETITIONER, WHICH LATER WAS IN FACT DIAGNOSED
- AS TINEA CORPRIS A.K.A. "RING WORM", AND A BROKEN DECAYED TOOTH THAT BROKE
AT THE GUM LINE UPPER LEFT MOUTH OF THE PLAINTIFF/PETITIONER, WHICH CAUSED THE
PLAINTIFF/PETITIONER PAIN, DISCOMFORT, HEADACHES, DIFFICULTY EATING AND CHEWING
AS WELL AS VERBALLY COMMUNICATING. THE DEFENDANT(S) JUSTUS, MCLAURIN, SCOTT
- AMPUDU, HAD IN FACT KNOWLEDGE OF THE PLAINTIFF/PETITIONER JOHNSON MEDICAL
COMPLICATIONS THAT WERE SERIOUS, AND APPARENT AND OBVIOUS, DUE TO THE
NATURE OF COMPLAINT AND DESCRIPTIONS OF MEDICAL PROBLEMS, TO NO AVAIL-
- BY THE DEFENDANT(S) JUSTUS, MCLAURIN, SCOTT, AMPUDU.

5. ON OR ABOUT SATURDAY 03.28.09, THE PLAINTIFF/PETITIONER JOHNSON, WAS IN
FACT ESCORTED TO S.C.C.J. INMATE MEDICAL INFIRMARY BY C/O WILSON (2ND SHIFT)
UPON PLAINTIFF/PETITIONER ENTERING THE "INMATE MEDICAL INFIRMARY" WAS MET-
BY A LPN NAMED "SANDY" AT WHICH TIME PLAINTIFF/PETITIONER JOHNSON, WAS ASKED
BY THE LPN "SANDY" TO DIS-ROBE, AT WHICH TIME PLAINTIFF/PETITIONER SUBMITTED
TO AN ALLEGE MEDICAL EXAMINATION. IT WAS DISCOVERED BY LPN "SANDY" THAT
PLAINTIFF/PETITIONER, HAD IN FACT CONTRACTED TINEA CORPRIS, A.K.A. "RINGWORM" IN
THE CHEST AREA OF PLAINTIFF/PETITIONER, AND AFTER MEDICAL EXAMINATION OF THE
PLAINTIFF/PETITIONERS TEETH, GUMS, MOUTH, THAT PLAINTIFF/PETITIONER NEEDED —

- EMERGENCY DENTAL EXTRACTION OF UPPER DECAYED TOOTH BROKE AT GUM LINE. AT THE END OF THE MEDICAL/DENTAL EXAMINATION. LPN "SANDY" REQUESTED THAT PLAINTIFF/PETITIONER JOHNSON BE REMOVED IMMEDIATELY FROM S.C.C.J. GENERAL POPULATION DUE TO CONTRACTING TINEA CORPRIS. A.K.A. "RING-WORM" AT WHICH TIME PLAINTIFF/PETITIONER JOHNSON WAS ILLEGALLY PLACED IN PUNITIVE DISCIPLINARY SEGREGATION HEREIN S.C.C.J. E-MAXIMUM SECURITY DISCIPLINARY SEGREGATION- AND PLACED IN CELL E-MAX-8,, AT THIS TIME A PHOTOGRAPH PICTURE OF THE PLAINTIFF/ PETITIONER, WAS POSTED. AND ON THE PICTURE/PHOTOGRAPH OF THE PLAINTIFF/PETITIONER IN RED BOLD LETTERS. "IT READ"! "UNIVERSAL PRECAUTIONS"!..

6. ON OR ABOUT SATURDAY 03.28.09. TO MONDAY 04.20.09 THE PLAINTIFF/PETITIONER JOHNSON ILLEGALLY PLACED IN PUNITIVE DISCIPLINARY SEGREGATION, DENIED ANY AND ALL GENERAL POPULATION DETAINEES RIGHTS. INCLUDING NOT PLACING PLAINTIFF/PETITIONER, IN THE LOWER LEVEL (1)ONE MAN CELL/ROOMS EQUIPPED WITH SHOWER/TELEVISION/TOILET/SINKS. USED FOR MEDICAL PURPOSES WHEN IN FACT THEIRS A MEDICAL HOLD ON A DETAINEE, AT THIS TIME DEFENDANT(S) JUSTUS, MCLAURINS. SCOTT. AMPUDU. WERE DELIBERATELY INDIFFERENT- TO THE PLAINTIFF/PETITIONER JOHNSON SERIOUS MEDICAL NEEDS BY INSTITUTING A POLICY OF INDIFFERENCE AGAINST THE PLAINTIFF/PETITIONER JOHNSON, IN THAT INSTANT.

7. ON OR ABOUT 02.17.09 THROUGH APRIL 20TH 2009. THE PLAINTIFF/PETITIONER JOHNSON SUBMITTED NUMEROUS INMATE MEDICAL SICK-CALL FORMS, AND INMATE REQUEST/COMPLAINT FORMS TO THE DEFENDANT(S) JUSTUS, MCLAURIN, SCOTT, AMPUDU, AND SHEGOG. REQUESTING THAT PLAINTIFF/PETITIONER BE PROVIDE AN ADEQUATE NUTRITIONIST DIET CONFORMING TO THE PLAINTIFF/PETITIONERS JOHNSON RELIGIOUS BELIEFS AND RELIGIOUS PRACTICES OF A "HEBREW ISRAELITE". PROVIDING THE PLAINTIFF/PETITIONER AND ADEQUATE AND NUTRITIONIST KOSHER VEGAN VEGETARIAN DIET. THE DEFENDANT(S) JUSTICES, JUSTUS, MCLAURIN, SCOTT. AMPUDU. SHEGOG PURPOSELY REFUSED TO PROVIDE THE PLAINTIFF/PETITIONER AND ADEQUATE AND NUTRITIONIST RELIGIOUS DIET. DELIBERATELY SUPPRESSING PETITIONER/PLAINTIFF RELIGIOUS BELIEFS AND PRACTICES OF A "HEBREW ISRAELITE"

8. ON OR ABOUT FRIDAY 03.27.09 THE PLAINTIFF/PETITIONER JOHNSON SPOKE WITH THE DEFENDANT SCOTT. IN THE HALLWAY OF S.C.C.J. AND REQUESTED THAT DEFENDANT SCOTT. PROVIDE THE PLAINTIFF/PETITIONER JOHNSON AN ADEQUATE NUTRITIONIST VEGAN VEGETARIAN DIET. PER THE PLAINTIFF/PETITIONERS RELIGIOUS BELIEFS AND PRACTICES OF A "HEBREW ISRAELITE" AT THAT TIME DEFENDANT SCOTT INFORMED THE PLAINTIFF/PETITIONER JOHNSON THAT HE DEFENDANT SCOTT. WAS IN FACT BUSY. AND COULD NOT TALK TO THE PLAINTIFF/PETITIONER.

9. ON OR ABOUT 07.19.05 TO 12.23.05 THE PLAINTIFF/PETITIONER JOHNSON WAS IN FACT PROVIDED. A DIET CONFORMING TO THE RELIGIOUS BELIEFS AND PRACTICES OF A "HEBREW ISRAELITE" IN WHICH THE PLAINTIFF/PETITIONER JOHNSON WAS IN FACT PROVIDED A KOSHER VEGAN VEGETARIAN FOOD DIET. AT S.C.C.J. (2005)

10. ON OR ABOUT 02.17.09 THROUGH 04.20.09 THE PLAINTIFF/PETITIONER JOHNSON WAS IN FACT DEPRIVED OF A DIET CONFORMING TO THE PLAINTIFF/PETITIONER RELIGIOUS BELIEFS AND PRACTICES OF A "HEBREW ISRAELITE", BY THE DEFENDANT(S) JUSTUS, - MCLAURIN, SCOTT, AMPUDU, SHEGOG. FAILING TO ENSURE THE PLAINTIFF/PETITIONER RECIEVED THE BASIC NECESSITIES OF A NUTRITIONALLY ADEQUATE FOOD DIET. CONFORMING TO THE PLAINTIFF/PETITIONER RELIGIOUS BELIEFS AND RELIGIOUS PRACTICES. AT S.C.C.J., AS THE -

- of the plaintiff/petitioner Johnson, being wanton and wilfully deprived an adequate, nutritionist religious food diet. By the defendant(s) Justus, McLaurins, Scott, Ampudu, Shegog. The plaintiff/petitioner suffered serious medical complications associated with a lack or no nutrition: headaches, nauseation, fatigue, weakness, stress, illness, dis-orientation, anxiety attacks.

11. On or about 02.17.09 to 03.02.09, the Illinois Department of Corrections, Jail-Standards Division. 1301 Concordia Court, Springfield Illinois, conduct an official investigation of S.C.C.J. defendant(s) Justus, McLaurins, Scott, Ampudu, Shegog in relations to "endemic abuse of inmates and a pattern of policy violations, at this facility including inmate assaults, sexual harassment and misconduct, medical neglect, false reporting, overcrowding, and intimidation, at S.C.C.J."

12. On or about 02.17.09 to 04.22.09 the plaintiff/petitioner Johnson filed numerous St. Clair Co. Jail Request forms, to the defendant(s) Justus, McLaurin, Scott, Ampudu, for emergency dental care to no avail by the defendant(s) Justus, McLaurin, Scott, Ampudu, who in fact were deliberate and indifferent to the plaintiff/petitioner serious medical care and serious medical needs violating the plaintiff/petitioner Johnson (violating) (1st) First, (5th) Fifth, (8th) Eighth, (14th) Fourteenth U.S. Constitutional Civil Rights Amendments.

13. On or about 02.17.09 through 04.22.09 the plaintiff/petitioner Johnson, filed numerous St. Clair Co. Jail Request/complaint forms, to the defendant(s) Justus, McLaurins, Scott, Ampudu, Shegog, for an adequate nutritionist food diet that conformed to the plaintiff/petitioner Johnson, religious beliefs and religious practices of a "Hebrew-Israelite". The defendant(s) Justus, McLaurin, Scott, Ampudu, Shegog, deliberately deprived plaintiff/petitioner, wanton and wilfully ignored the plaintiff/petitioner request/complaints, intentionally burdening and suppressing plaintiff/petitioner religious beliefs and practices, depriving the plaintiff/petitioner Johnson and adequate nutritionist food diet, violating the plaintiff/petitioners (1st) First, (5th) Fifth, (8th) Eighth, (14th) Fourteenth U.S. Constitutional Civil Rights Amendments.

14. On or about 03.24.09 through 03.28.09, the plaintiff/petitioner Johnson, filed numerous St. Clair Co. Request/complaint forms, and inmate medical sick call forms, to be medically screened, medically examined for Tinea Corporis A.K.A. "Ringworm" which the plaintiff/petitioner contracted while in the custody and control of S.C.C.J., to defendant(s) Justus, McLaurins, Scott, Ampudu, Shegog, to no avail, wanton and wilfully depriving plaintiff/petitioner Johnson a clean and safe, sanitary living environment, free of staph infections, Tinea Corporis, A.K.A. "Ringworm" violating the plaintiff/petitioner Johnson's (1st) First, (5th) Fifth, (8th) Eighth, (14th) Fourteenth U.S. Constitutional Civil Rights Amendments.

15. On or about 03.28.09 through 04.20.09, the plaintiff/petitioner filed numerous S.C.C.J. Request/complaint forms, to the defendant(s) Justus, McLaurin, Scott, Ampudu, to be immediately removed from punitive disciplinary segregation maximum security placement. E-Max 8-Cell, and restore plaintiff/petitioner rights and privileges as the detainees in general population, due to contracting Tinea Corpus, "Ringworm", in S.C.C.J. to no avail. Deliberately and wilfully placing plaintiff/petitioner in disproportionate and cruel conditions of confinement, violating the plaintiff/petitioner's (1st) First, (5th) Fifth, (8th) Eighth, (14th) Fourteenth, U.S. Constitutional Civil Rights Amendments. <u>"END OF COMPLAINT"</u>

V. **REQUEST FOR RELIEF**

State exactly what you want the Court to do for you. If you are a state or federal prisoner, and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records or parole release), you must file your claim on a Habeas Corpus form, pursuant to 28 U.S.C. §2254, 28 U.S.C. §2255, or 28 U.S.C. §2241.

THE PLAINTIFF LENNIL L. JOHNSON, IS SUING THE DEFENDANT(S); MHEARL JUSTUS; PHILLIP MCLAURINS, MATT SCOTT, CHARLES AMPADU, BERYL SHEGOG, MONETARILY, IN THEIR OFFICIAL AND INDIVIDUAL CAPACITIES, FOR COMPENSATORY, PUNITIVE, EXEMPLARY DAMAGES, INDIVIDUALLY AND OR COLLECTIVELY, IN THE SUM AMOUNT OF $1,000,000,000.00 (ONE-MILLION DOLLARS 00 CENTS)., FOR WANTON, RECKLESS, MALICIOUS, AND OPPRESSIVE CONDUCT, AND OR OPPRESSIVE CHARACTER; "INFLICTION OF PSYCHOLOGICAL PAIN", DISPROPORTIONATE AND CRUEL CONDITIONS OF CONFINEMENT, DELIBERATE AND INDIFFERENT TO DENTAL/MEDICAL ACCESS TREATMENT, IMMINENT DANGER OF PHYSICAL INJURY, INTENTIONALLY BURDENING RELIGIOUS BELIEFS, AND RELIGIOUS PRACTICES, VIOLATING PLAINTIFF'S (1st) FIRST (5th) FIFTH (8th) EIGHTH (14th) FOURTEENTH, U.S. CONSTITUTIONAL CIVIL RIGHTS AMENDMENTS,.

VI. **JURY DEMAND** *(check one box below)*

The plaintiff does ☒   does not ☐   request a trial by jury. *(See* Fed.R.Civ.P. 38.)

**DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11**

I, the undersigned, certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11(a) and (b) may result in sanctions, monetary or non-monetary, pursuant to Federal Rule of Civil Procedure 11(c).

The plaintiff hereby requests the Court issue all appropriate service and/or notices to the defendant(s).

Signed this 24 day of April, 2009.

_____
Signature of Plaintiff

_____
Signature of attorney, if any

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 28 DAY OF April 2009
NOTARY PUBLIC SIGNATURE/SEAL

" OFFICIAL SEAL "
REGINA ELAINE RAY
Notary Public, State of Illinois
My Commission Exp. 11/30/2010

- 6 -

Rev. 2/00